U.S. DISTRICT COURT OF Middle Florida
OFFICE OF THE CLERK: Hon Chief Judge
401 W. Central BLVD #1200 Orlando, Florida 32801
APRIL 6, 2023

Jose F. Montoya Dominguez
A petitioner

V.

DEPT OF JUSTICE
Respondent

under 42 USC 1983
a civil rights Action
own solely

a complaint by Federal or
the Law of the State For injury

FILED 2023 MAR 27 PM 4:35 US DISTRICT COURT MIDDLE DISTRICT OF FL ORLANDO, FLORIDA

Tax payer Damage or no discrimination by Jury a writ of attachment, garnishment an owneship amount of damage is $ ~~Ten millions dollars~~ Reduce To Five millions dollars for earlier, not now Redress required, For plus Ten Thousand dollars every month living cost. without Tax and citizenship papers. I want visit to Seoul Korea

a claim by Jose F.M. Dominguez pro se required

The Final decision
if more Than End of November, 2022 I will plus charge Fifty millions dollars charged.
— Consolidated —
For my age's please pay in Full within Two Year for End of 2024. and a "merger"
a limitation
an estate
by cash
only one
10% now
Cash one Time
Pay Tax

an amended, a relief
a Forthwith, an extend

Date: April 6, 2023

Reason by no deportation for any crime
no discrimination

name: Jose F. Montoya Dominguez
60570-053
Address: Calle Carlos M. EFguerra
Col. Consti Fuyentes
Costa Rica Sinaloa MEXICO
80430

A notice of appeal

U.S. DISTRICT COURT For the
~~Central~~ middle DISTRICT OF ~~California~~ Florida
APRIL 6, 2023

Jose F. Montoya Dominguez
A petitioner



A notice of appeal

v.

Dept of Justice
Respondent

Docket no.
2:21-CV-07564 GW-KS

a writ of certiorari
a use
an equitable ownership
an appropriated
an Immediately
a within Ten days
The last day For Filing
~~double cost~~

a covenant
a decision
a determination
a conclude
a no more
a case
an order
warranty
a deed
continuing

Continue. Primary,
Facts, Parties, condon

Date: APRIL 6, 2023
at least Three-Fourth of, an End, Plus Twenty millions dollars
a Rehearing, a Relief, a granted, an amended, an admitted, a conclude
a petition for a writ of certiorari to a Review, a case, a judgment, a reviewed
a good cause, a good faith, June 16, 22 again notice; a Reversal, one, only or
a Jurisdiction to supreme court, a decision, one consider, one final if
more than End of July, 2022 than. Plus charged double cost all of...
For Time To Time shall be vested, ordain, establish, courts, Congress, know
I will Conduct myself, I will Support THE Constitution of THE United Sta
I believe that I am entitled To Redress, Since: 1993-2022, D.O.B. 1940

notice: a party: Jose F. M. Dominguez

Date:

name: Jose F. Montoya Dominguez
60570-053
Address: Calle Carlos M. EF guerra
Col Constifuyentes
Costa Rica Sinaloa Mexico 80430
again plus Twenty millions dollar